IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY W. MCCREA,<br><br>        Plaintiff,<br><br>vs.<br><br>L-3 COMMUNICATIONS INTEGRATED SYSTEMS, L.P.,<br><br>        Defendant. | **8:17CV456**<br><br>**ORDER** |

IT IS ORDERED:

1) The parties' stipulation, (Filing No. 14), is approved.

2) Defendant's motion to dismiss, (Filing No. 6), is deemed withdrawn.

3) The parties shall engage in alternative dispute resolution for resolution of all claims alleged by McCrea against L-3 in the above-captioned action.

4) This case is stayed pending the outcome of the parties' ADR proceedings.

5) The Clerk of the United States District Court for the District of Nebraska shall close this case for statistical purposes.
.
6) Beginning on April 2, 2018, and every three months thereafter, the parties shall file a report advising the court as to the status of the parties' efforts to resolve this case through alternative dispute resolution.

February 14, 2018.

                                                            BY THE COURT:
                                                            *s/ Cheryl R. Zwart*
                                                             United States Magistrate Judge